UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                        BANKRUPTCY CASE NO.
AMBRIA JESSICALENA POWE                      24-51284 KMS

## ORDER DISMISSING CHAPTER 13 PROCEEDING

THIS MATTER CAME TO BE CONSIDERED on the Trustee's Motion to Dismiss for Non-Payment (DK# ) and the Debtor having failed to respond, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that this proceeding be, and the same is, hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net