_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 8, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 PROCEEDING
  AMBRIA JESSICALENA POWE                                     24-51284 KMS
  44B NEW SAINT PAUL CHURCH DR
  WAYNESBORO, MS  39367                                       SSN:  XXX-XX-0554

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    HOWARD INDUSTRIES
    ATTEN: PAYROLL
    3225 PENDORFF RD
    LAUREL, MS  39440

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net