United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 24-51284-KMS
Ambria Jessicalena Powe   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: May 06, 2025     Form ID: ntcdsm     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ambria Jessicalena Powe, 44B New Saint Paul Church Dr, Waynesboro, MS 39367-7541 |
| 5417204 | + | McKay Lawler Franklin, P.O. Box 2488, Ridgeland, MS 39158-2488 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | May 06 2025 19:24:10 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., POB 2488, Ridgeland, MS 39158-2488 |
| 5417203 | | Email/Text: ebn@21stmortgage.com | May 06 2025 19:26:00 | 21st Mortgage Corp, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5442596 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2025 19:31:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5422000 | + | Email/Text: bkinfo@ccfi.com | May 06 2025 19:26:00 | Community Choice, 15 Bull St, Ste 200, Savannah, GA 31401-2686 |
| 5417690 | + | Email/Text: bkinfo@ccfi.com | May 06 2025 19:26:00 | Community Choice Financial, 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5422001 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2025 19:31:16 | LVNV Funding, LLC, Resurgent Capital Svcs, PO Box 10587, Greenville, SC 29603-0587 |
| 5418883 | | Email/PDF: resurgentbknotifications@resurgent.com | May 06 2025 19:31:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5417205 | + | Email/Text: bkinfo@ccfi.com | May 06 2025 19:26:00 | Speedy Cash, P.O. Box 782260, Wichita, KS 67278-2260 |
| 5417681 | + | Email/Text: bkinfo@ccfi.com | May 06 2025 19:26:00 | Speedy/Rapid Cash, 15 Bull Street Suite 200, Savannah, GA 31401-2686 |
| 5439400 | + | EDI: AIS.COM | May 06 2025 23:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5417206 | + | EDI: VERIZONCOMB.COM | May 06 2025 23:28:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5417207 | + | Email/Text: bali@badcock.com | May 06 2025 19:26:00 | WS Badcock Corporation, P.O. Box 724, Mulberry, FL 33860-0724 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: May 06, 2025 | Form ID: ntcdsm | Total Noticed: 14 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025      Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ambria Jessicalena Powe trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−51284−KMS
Chapter: 13

In re:
    Ambria Jessicalena Powe
    aka Ambria Jessicalea Powe
    44B New Saint Paul Church Dr
    Waynesboro, MS 39367

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−0554

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on May 6, 2025.

Dated: 5/6/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790